**THANE INTERNATIONAL, INC., Plaintiff–Appellant,**

v.

**HUPA INTERNATIONAL, INC. and Bob Hsiung, Defendants–Appellees.**

No. 03–1643.

United States Court of Appeals, Federal Circuit.

May 25, 2004.

Kamran Fattahi, Principal Attorney, Encino, CA, for Plaintiff–Appellant.

Jeff Grant Kennedy, Principal Attorney, Westlake Villag, CA, for Defendants–Appellees.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Alfred DANA III, Plaintiff–Appellee,**

v.

**E.S. ORIGINALS, INC., K–Mart Corporation, Dayton–Hudson Corporation, Wal–Mart Stores, Inc., the Kobacker Company, Inc., and Conway Stores, Inc., Defendants–Appellants.**

No. 04–1179.

United States Court of Appeals, Federal Circuit.

May 25, 2004.

Michael K. Davis, Principal Attorney, Fort Lauderdale, FL, for Plaintiff–Appellee.

Martin W. Schiffmiller, Principal Attorney, Lisa A. Pieroni, of Counsel, Kirschstein Ottinger, New York, NY, for Defendants–Appellants.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).